ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MARCUS AARON SCISSUM

Criminal Information

No. 1:14-CR-450-WSD-LTW

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 17, 2013, in the Northern District of Georgia, the defendant, MARCUS AARON SCISSUM did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place that would constitute a violation of Title 18, United States Code, §§ 844(e) and (i), specifically MARCUS AARON SCISSUM, using a facility of interstate commerce, posted a message on CNN's website that stated that he planned to bomb on September 11,

1

2013, shopping malls owned and operated by the Cafaro Company and all of

Paulding County, Georgia, all in violation of Title 18, United States Code, § 1038.

SALLY QUILLIAN YATES
*United States Attorney*

TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181