U.S. Department of Justice
United States Attorney

# ORIGINAL IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R01098)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:14-CR-450-WSD-LTW

**MAGISTRATE CASE NO.**

Indictment
DATE: October 22, 2013

X Information
DATE: December 15, 2014

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MARCUS AARON SCISSUM,
a/k/a AARON MCCORD

Indictment
Prior Case Number: 1:13-CR-420-WSD-LTW
Date Filed: October 22, 2013

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?** X Yes  No
**Is the defendant in custody on this charge or other conviction?** On this charge
**Is the defendant awaiting trial on other charges?** Yes  X No
   **Other charges:**
   **Name of institution:**

District Judge: William S. Duffey Jr.

Attorney: Tracia M. King
Defense Attorney: Suzanne Hashimi